| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>GRAHAM, DONALD L | 2. Court or Organization<br>Southern District of Florida | 3. Date of Report<br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>● Nomination, Date<br><br>● Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>99 N.E. 4 Street<br>Suite 1155<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 17 P 12: 19

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Philadephia Bar Association | 9/30-10/3-Philadelphia, PA, Just the Beginning Foundation 6th Biennial Conference (Transportation, Food, Receptions, Tour & Hotel) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Philadephia Bar Association | 9/30-10/3-Philadelphia, PA, Just the Beginning Foundation 6th Biennial Conference (Transportation, Food, Receptions, Tour & Hotel): $431.78 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GRAHAM, DONALD L | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Miami Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Fidelity Over The Counter | D | Dividend | L | T | | | | | |
| 3. Fidelity Aggressive Growth | C | Dividend | K | T | | | | | |
| 4. USAA Florida Tax Exempt Money Market | A | Dividend | K | T | | | | | |
| 5. American Century 20th Century Ultra | D | Dividend | M | T | | | | | |
| 6. T. Rowe Price Int'l Stock Fund | D | Dividend | L | T | | | | | |
| 7. USAA Aggressive Growth | B | Dividend | J | T | | | | | |
| 8. Four Kings, Inc. | A | None | K | T | | | | | |
| 9. USAA S & P Index Fund | E | Dividend | M | T | | | | | |
| 10. Excelsior Value and Restructuring Fund | E | Dividend | M | T | | | | | |
| 11. Columbia Growth Stock Fund - Z | A | Dividend | K | T | | | | | |
| 12. Abbott Laboratories (Common) | A | Dividend | K | T | | | | | |
| 13. American Express (Common) | A | Dividend | K | T | | | | | |
| 14. Citigroup (Common) | A | Dividend | K | T | | | | | |
| 15. Hewlett-Packard (HP) (Common) | A | Dividend | J | T | | | | | |
| 16. EMC Corporation (Common) | A | Dividend | K | T | | | | | |
| 17. Home Depot (Common) | A | Dividend | K | T | | | | | |
| 18. Lucent Technologies (Common) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Agere Systems CL A (Common) | A | Dividend | J | T | | | | | |
| 20. Agere Systems CL B (Common) | A | Dividend | J | T | | | | | |
| 21. Texas Instruments (Common) | A | Dividend | K | T | | | | | |
| 22. 3Com Corp. (Common) | A | Dividend | J | T | | | | | |
| 23. At Home Corp. (Common) | A | Dividend | J | T | | | | | |
| 24. International Business Machines (Common) | A | Dividend | J | T | | | | | |
| 25. MCI WorldCom (Common) | A | Dividend | J | T | | | | | |
| 26. Microsoft Corporation (Common) | A | Dividend | J | T | | | | | |
| 27. Altria Corp. | B | Dividend | K | T | | | | | |
| 28. Vitesse Semiconductor (Common) | A | Dividend | J | T | | | | | |
| 29. Walgreen Company (Common) | A | Dividend | K | T | | | | | |
| 30. E-Trade (Kemper Institution Tax Exempt Fla) Money Market | A | Dividend | K | T | Buy | 10/20 | K | | |
| 31. AT&T Corp. (Common) | A | Dividend | J | T | | | | | |
| 32. Comcast | A | Dividend | J | T | | | | | |
| 33. Bank of America Corp. (Common) | A | Dividend | K | T | | | | | |
| 34. Enron (Common) | A | Dividend | J | T | | | | | |
| 35. Fannie Mae (Voting Common Shares) | B | Dividend | L | T | | | | | |
| 36. Gillette (Common) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | GRAHAM, DONALD L | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Nokia (Common) | A | Dividend | J | T | | | | | |
| 38. Pfizer (Common) | A | Dividend | J | T | | | | | |
| 39. TJX, Inc. (Common) | A | Dividend | K | T | | | | | |
| 40. Tyco Int'l, Ltd. (Common) | A | Dividend | K | T | | | | | |
| 41. AVAYA, Inc. (Common) | A | Dividend | J | T | | | | | |
| 42. JDS Uniphase (Common) | A | Dividend | J | T | | | | | |
| 43. Legend Holdings (Common) now known as Lenovo Group Ltd. | A | Dividend | J | T | Name change | 4/16 | | | |
| 44. American Express Money Market (One Financial) | A | Dividend | K | T | | | | | |
| 45. MCDATA Corporation (Common) | A | Dividend | J | T | | | | | |
| 46. American Express One High Yield | A | Interest | K | T | | | | | |
| 47. Hospira | A | Dividend | J | T | Abbott Laboratories Spin-off | 5/3 | J | | |
| 48. St. Paul Travelers Companies | A | Dividend | J | T | Merger | 4/7 | J | | |

| 1. Amount/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | I = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GRAHAM, DONALD L. | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GRAHAM, DONALD L. | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date _____May 11, 2005_____

NOTE: ANY INDIVIDUAL, WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544